PROB 12C
(6/16)

Report Date: August 9, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Enrique J Murillo | Case Number: 0980 4:14CR06045-RMP-1 |
| Address of Offender: | Kennewick, Washington 99336 |

Name of Sentencing Judicial Officer:  The Honorable John Edwards Conway, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: December 19, 2005

Original Offense: Importation of 50 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, its Salts, Isomers and Salts of its Isomers, 21 U.S.C. § 952(a); Possession With Intent to Distribute 50 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, its Salts, Isomers and Salts of its Isomer, and Aiding and Abetting, 21 U.S.C. § 841(b)(1)(A)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 121 months; TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: February 11, 2014 | |
| Defense Attorney: | Jack W. Fiander | Date Supervision Expires: February 10, 2019 | |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances and alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm your continued abstinence from this substance. |
| | **Supporting Evidence**: Mr. Murillo's conditions were reviewed with him on February 13, 2014. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 19, as noted above. |
| | Mr. Murillo violated his terms of supervised release on or about July 17, 2017, by using a controlled substance, methamphetamine, on or about July 16, 2017. Mr. Murillo admitted to his supervising U.S. Probation Officer on July 17, 2017, that he had used methamphetamine the day prior, and he signed a drug use admission form stating as such. |

Prob12C
**Re: Murillo, Enrique J**
**August 9, 2017**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |

**Supporting Evidence**: Mr. Murillo's conditions were reviewed with him on February 13, 2014. He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 2, as noted above.

Mr. Murillo last reported to the U.S. Probation Office on August 3, 2017. During this meeting, he was directed by his supervising officer to report, in person, to the U.S. Probation Office on Monday, August 7, 2017. Mr. Murillo failed to report as directed.

3   **Special Condition # 19**: You shall abstain from the use of illegal controlled substances and alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm your continued abstinence from this substance.

**Supporting Evidence**: Mr. Murillo's conditions were reviewed with him on February 13, 2014. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 19, as noted above.

Mr. Murillo violated his terms of supervised release by admitting to the use of alcohol on and before July 4, 2017. Mr. Murillo signed an admission of use form on July 5, 2017, indicating he consumed alcohol on July 4, 2017, and had also consumed alcohol on dates before July 4, 2017.

4   **Special Condition # 19**: You shall abstain from the use of illegal controlled substances and alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm your continued abstinence from this substance.

**Supporting Evidence**: Mr. Murillo's conditions were reviewed with him on February 13, 2014. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 19, as noted above.

Mr. Murillo violated his terms of supervised release by submitting a positive urinalysis test for methamphetamine on August 3, 2017. Mr. Murillo admitted to his supervising officer that he had last used methamphetamine on or about July 27, 2017. The urinalysis sample was sent to Alere Laboratories for confirmation. Alere Laboratories confirmed the sample was positive for methamphetamine on August 8, 2017.

5   **Special Condition # 19**: You shall abstain from the use of illegal controlled substances and alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm your continued abstinence from this substance.

**Supporting Evidence**: Mr. Murillo's conditions were reviewed with him on February 13, 2014. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 19, as noted above.

Per Mr. Murillo's above reference condition of supervised release, he was referred to

Prob12C
Re: Murillo, Enrique J
August 9, 2017
Page 3

random urinalysis testing at First Step Community Counseling Services. He was assigned the color "brown" and directed to call First Step's urinalysis hotline daily. In the event that First Step reported the color of the day was "brown," he was directed to report to their office and submit to urinalysis testing. On July 25, 2017, First Step contacted the U.S. Probation Office and advised Mr. Murillo failed to report for urinalysis testing on July 24, 2017, as the color "brown" was called.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/09/2017

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/9/2017
Date