PROB 12C
(6/16)

Report Date: September 7, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 07, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Enrique J. Murillo         Case Number: 0980 4:14CR06045-RMP-1

Address of Offender:                          Kennewick, Washington 99336

Name of Sentencing Judicial Officer: The Honorable John Edwards Conway, Senior U.S. District Judge
Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: December 19, 2005

Original Offense: Importation of 50 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, its Salts, Isomers and Salts of its Isomers, 21 U.S.C. § 952(a); Possession With Intent to Distribute 50 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, its Salts, Isomers and Salts of its Isomer, and Aiding and Abetting, 21 U.S.C. § 841(b)(1)(A);

Original Sentence: Prison - 121 months;          Type of Supervision: Supervised Release
                   TSR - 60 months

Asst. U.S. Attorney: U.S. Attorney's Office      Date Supervision Commenced: February 11, 2014

Defense Attorney: Jack W. Fiander                Date Supervision Expires: February 10, 2019

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 08/09/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Murillo's conditions were reviewed with him on February 13, 2014. He signed his conditions acknowledging an understanding of his conditions which includes mandatory condition number 2, as noted above.<br><br>Mr. Murillo violated his term of supervised release on or about August 24, 2017, by being in possession of a controlled substance, methamphetamine. Mr. Murillo was stopped by the Kennewick Police Department and arrested on August 24, 2017. During the search incident to arrest, officers located a small red baggie in his front pocket. The baggie contained a white crystalline product that field tested positive for methamphetamine. |

Prob12C
**Re: Murillo, Enrique J**
**September 7, 2017**
**Page 2**

Mr. Murillo has been charged with Unlawful Possession of a Controlled Substance in Benton County Superior Court, case number 17-1-00987-7. He is pending trail, which is currently scheduled for October 23, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/07/2017

Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

9/7/2017

Date